IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TYRELL CURTIS ERLEBACH,<br><br>                  Plaintiff,<br><br>vs.<br><br>RAJ ENTERPRISES OF CENTRAL FLORIDA, LLC *d.b,a.* PINNACLE LABORATORIES *d.b,a.* PINNACLE LABORATORY SERVICES *d.b.a.* PINNACLE LABS, MILLENNIUM HEALTH LLC, MILLS BRINSON III BSMT, CLD, ALISHA L. PHILLIPS, K&K TREATMENT, ROSTAD GPS & MONITORING SERVICES, LLC, KIM ROSTAD, *d.b.a.* K&K TREATMENT, K&K BAIL BONDS LLC *d.b.a.* K&K TREATMENT, DENNIS STOKES *in his individual and official capacities,* PAYETTE COUNTY, PAYETTE COUNTY SHERIFF'S OFFICE, PAYETTE COUNTY SHERIFF CHAD HUFF *in his individual and official capacities,* PAYETTE COUNTY BOARD OF COMMISSIONERS, PAYETTE COUNTY COMMISSIONER MARK SHIGETA *in his individual and official capacities,* PAYETTE COUNTY COMMISSIONER LARRY CHURCH *in his individual and official capacities,* PAYETTE COUNTY COMMISSIONER CAROL BRUCE *in her individual and official capacities,* PAYETTE COUNTY COMMISSIONER GEORGIA HANIGAN *in her individual and official capacities,* ANNE MARIE KELSO. SCOTT LANEY, and JOSEPH JOHNSON,<br><br>                  Defendants. | Case No. 1:18-CV-00173-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF CROSS-DEFENDANTS K&K TREATMENT, ROSTAD GPS & MONITORING SERVICES, LLC, KIM ROSTAD dba K&K TREATMENT, K&K BAIL BONDS LLC dba K&K TREATMENT** |
| ALISHA L. PHILLIPS,<br><br>                  Cross-Claimant,<br><br>vs**.**<br><br>RAJ ENTERPRISES OF CENTRAL FLORIDA, LLC dba PINNACLE LABORATORY SERVICES dba PINNACLE LABS; MILLENNIUM HEALTH, LLC; K&K TREATMENT; ROSTAD GPS & MONITORING | |

SERVICES, LLC; KIM ROSTAD dba K&K TREATMENT; K&K BAIL BONDS LLC dba K&K TREATMENT; SCOTT LANEY; and JOSEPH JOHNSON,

Cross-Defendants.

Pursuant to the Stipulation for Dismissal of Cross-Defendants K&K Treatment, Rostad GPS & Monitoring Services, LLC, Kim Rostad dba K&K Treatment, K&K Bail Bonds LLC dba K&K Treatment ("K&K), and good cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED, that the Stipulation (docket no. 97) is APPROVED, and this does order, that Cross-Claimant Alisha L. Phillips's cross-claim for equitable indemnity against K&K Cross-Defendants in the above-entitled matter be dismissed, with prejudice, with Cross-Claimant Alisha L. Phillips and K&K Cross-Defendants to bear their own costs and attorney's fees.

DATED: December 4, 2018

B. Lynn Winmill
Chief U.S. District Court Judge